United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10434-mdc
Raheem W Weinberg                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv              Page 1 of 2              Date Rcvd: Feb 01, 2019
                            Form ID: 309I          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db              +Raheem W Weinberg,    251 Congress Avenue,    Lansdowne, PA 19050-1200
14262863        +Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14262865        +CC Holdings,    Attn: Card Services,    Po Box 9201,    Old Bethpage, NY 11804-9001
14262870        +Credit Control, LLC.,    PO Box 488,    Hazelwood, MO 63042-0488
14262872        +Financial Resources Fc,    520 Route 22 East,    Bridgewater, NJ 08807-2489
14262874        +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
14262875        +Fox Hills Cash,    PO Box 196,    Batesland, SD 57716-0196
14262883        +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
14262890         Raymour & Flanigan,    P.O. Box 130,    Liverpool, NY 13088-0130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: dmo160west@gmail.com Feb 02 2019 03:34:18      DAVID M. OFFEN,    The Curtis Center,
                 601 Walnut Street,    Suite 160 West,    Philadelphia, PA 19106
tr              +E-mail/Text: bncnotice@ph13trustee.com Feb 02 2019 03:35:56      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg              E-mail/Text: megan.harper@phila.gov Feb 02 2019 03:35:24      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2019 03:34:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2019 03:35:16      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 02 2019 03:35:02      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14262862        +E-mail/Text: seinhorn@ars-llc.biz Feb 02 2019 03:35:53      Ability Recovery Service,
                 Attn: Bankruptcy,    Po Box 4262,    Scranton, PA 18505-6262
14262864        +E-mail/Text: bankruptcy@cavps.com Feb 02 2019 03:35:11      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14264060        +E-mail/Text: bankruptcy@cavps.com Feb 02 2019 03:35:11      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14262866        +EDI: WFNNB.COM Feb 02 2019 08:18:00      Comenity Bank/Express,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14262867        +EDI: WFNNB.COM Feb 02 2019 08:18:00      Comenity bank/J Crew,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14262868        +EDI: WFNNB.COM Feb 02 2019 08:18:00      Comenitybank/westelm,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14262869        +EDI: CONVERGENT.COM Feb 02 2019 08:18:00      Convergent Outsourcing, Inc.,    Attn: Bankruptcy,
                 Po Box 9004,    Renton, WA 98057-9004
14262871        +E-mail/Text: kzoepfel@credit-control.com Feb 02 2019 03:35:04      Credit Control, LLC.,
                 5757 Phantom Drive, Ste 330,    Hazelwood, MO 63042-2429
14262873        +EDI: AMINFOFP.COM Feb 02 2019 08:18:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
14262876        +EDI: IRS.COM Feb 02 2019 08:18:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14262877         EDI: JEFFERSONCAP.COM Feb 02 2019 08:18:00      Jefferson Capital Systems, LLC,    Po Box 1999,
                 Saint Cloud, MN 56302
14262878        +EDI: LTDFINANCIAL.COM Feb 02 2019 08:18:00      LTD Financial Services, L.P.,
                 7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
14262879        +EDI: RESURGENT.COM Feb 02 2019 08:18:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                 Po Box 10497,    Greenville, SC 29603-0497
14262882         E-mail/Text: camanagement@mtb.com Feb 02 2019 03:34:31      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
14262884        +EDI: MID8.COM Feb 02 2019 08:18:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
14262885        +E-mail/Text: bankruptcy@moneylion.com Feb 02 2019 03:35:51      Moneylion,
                 Attn: Bankruptcy Dept,    P.O. Box 1547,    Sandy, UT 84091-1547
14266778        +E-mail/Text: ecfbankruptcy@progleasing.com Feb 02 2019 03:35:07      NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
14262886        +EDI: AGFINANCE.COM Feb 02 2019 08:18:00      OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville, IN 47708-1013
14263234        +EDI: PRA.COM Feb 02 2019 08:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14262887        +EDI: PRA.COM Feb 02 2019 08:18:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
14262889        +E-mail/Text: ecfbankruptcy@progleasing.com Feb 02 2019 03:35:07      Progressive Leasing,
                 256 West Data Drive,    Draper, UT 84020-2315
14262891         E-mail/Text: bk@rgsfinancial.com Feb 02 2019 03:34:23      RGS Financial, Inc.,    PO Box 852039,
                 Richardson, TX 75085-2039
                                                                                              TOTAL: 28

```
District/off: 0313-2              User: dlv                 Page 2 of 2                    Date Rcvd: Feb 01, 2019
                                  Form ID: 309I             Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14262880*        +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
14262881*        +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
14262888*        +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Raheem W Weinberg dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Raheem W Weinberg** | Social Security number or ITIN  **xxx–xx–8674** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **1/24/19** |
| Case number: | **19–10434–mdc** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                              12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Raheem W Weinberg | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 251 Congress Avenue<br>Lansdowne, PA 19050 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID M. OFFEN<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 | Contact phone (215) 625–9600<br><br>Email:  dmo160west@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 2/1/19 |

**For more information, see page 2**

---

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 13, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>Suite 18–341, 1234 Market Street,<br>Philadelphia, PA 19107 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/12/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/4/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/23/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1120.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/18/19** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |