Certificate Number: 12433-PAE-DE-032434743

Bankruptcy Case Number: 19-10434



12433-PAE-DE-032434743

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 12, 2019, at 11:10 o'clock PM EDT, Raheem Warren Weinberg completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 13, 2019               By:    /s/Lisa Susoev

                                     Name:  Lisa Susoev

                                     Title: Teacher