## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raheem W. Weinberg<br>    Debtor(s)<br><br>LAKEVIEW LOAN SERVICING LLC, its successors and/or assigns<br>    Movant<br>  vs.<br>Raheem W. Weinberg<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br>NO. 19-10434 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING LLC, which was filed with the Court on or about **June 24, 2019, docket number 17**.

Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

August 27, 2019