# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| REHEEM W. WEINBERG | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-10434MDC |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor FINANCIAL RESOURCES FEDERAL CREDI T UNION;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 13,500.00 has been filed in your name by DAVID OFFEN, ESQUIRE on 7/15/19.

Dated: September 25, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Christina Jackson
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)