IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Raheem W. Weinberg | : | No. 19-10434-MDC |
| Debtor | : | |

### ANSWER TO MOTION OF LAKEVIEW LOAN SERVICING, LLC. FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted in part, Denied in part. Admitted that some payments have been missed. Debtor made two payments on September 16th and November 22nd, and expects to make December's payment this week. Debtor will provide proof of accounting and asks for the chance to catch up the remaining arrears.

7. Debtor will provide proof of payments made and asks for a chance to catch up the remaining arrears.

8. Denied as relevant.

9. Denied.

10. No objection.

11. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated: 12/12/19

<u>CERTIFICATE OF SERVICE</u>

The following has been served by electronic mail:

Rebecca Solarz on behalf of Lakeview Loan Servicing
bkgroup@kmllawgroup.com

                                                                           <u>/s/ David M. Offen</u>
                                                                           David M. Offen
                                                                           Attorney for Debtor

Dated: 12/12/19