United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Raheem W Weinberg  
    Debtor(s)

Case No. 19-10434-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 4  
Date Rcvd: Oct 08, 2020      Form ID: pdf900      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raheem W Weinberg, 251 Congress Avenue, Lansdowne, PA 19050-1200 |
| 14262865 | + | CC Holdings, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14262870 | + | Credit Control, LLC., PO Box 488, Hazelwood, MO 63042-0488 |
| 14262872 | + | Financial Resources Fc, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 14262873 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14262874 | + | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117-5096 |
| 14262875 | + | Fox Hills Cash, PO Box 196, Batesland, SD 57716-0196 |
| 14268291 | + | Lakeview Loan SErvicing,LLC, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14262883 | #+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, Po Box 400, Dixon, MO 65459-0400 |
| 14262890 | | Raymour & Flanigan, P.O. Box 130, Liverpool, NY 13088-0130 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 09 2020 02:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 09 2020 02:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:48:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14262862 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 09 2020 02:19:00 | Ability Recovery Service, Attn: Bankruptcy, Po Box 4262, Scranton, PA 18505-6262 |
| 14290554 | + | Email/Text: bnc@atlasacq.com | Oct 09 2020 02:18:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 14273286 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 09 2020 01:48:37 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14262864 | + | Email/Text: bankruptcy@cavps.com | Oct 09 2020 02:19:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14264060 | + | Email/Text: bankruptcy@cavps.com | Oct 09 2020 02:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14262866 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2020 02:18:00 | Comenity Bank/Express, Attn: Bankruptcy Dept, |

Case 19-10434-mdc    Doc 51    Filed 10/10/20    Entered 10/11/20 01:27:59    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: ChrissyW | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 14262867 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2020 02:18:00 | Comenity bank/J Crew, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14262868 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2020 02:18:00 | Comenitybank/westelm, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14262869 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 09 2020 02:19:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 14262871 | + | Email/Text: clientservices@credit-control.com | Oct 09 2020 02:19:00 | Credit Control, LLC., 5757 Phantom Drive, Ste 330, Hazelwood, MO 63042-2429 |
| 14278303 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2020 02:18:00 | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14276586 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2020 02:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14276886 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2020 02:19:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14262877 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2020 02:19:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14262878 | + | Email/Text: ebn@ltdfin.com | Oct 09 2020 02:18:00 | LTD Financial Services, L.P., 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14274135 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2020 01:49:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14262879 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2020 01:50:39 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14262882 | | Email/Text: camanagement@mtb.com | Oct 09 2020 02:18:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14300532 | | Email/Text: camanagement@mtb.com | Oct 09 2020 02:18:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-0840 |
| 14299895 | | Email/Text: camanagement@mtb.com | Oct 09 2020 02:18:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14262884 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2020 02:19:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14280194 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2020 02:19:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14273071 | + | Email/Text: bankruptcy@moneylion.com | Oct 09 2020 02:19:17 | Money Lion, PO BOX 1547, Sandy UT 84091-1547 |
| 14262885 | + | Email/Text: bankruptcy@moneylion.com | Oct 09 2020 02:19:17 | Moneylion, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 14266778 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 09 2020 02:19:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14278300 | | Email/PDF: cbp@onemainfinancial.com | Oct 09 2020 01:50:38 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14262886 | + | Email/PDF: cbp@onemainfinancial.com | Oct 09 2020 01:49:36 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14294085 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:49:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14286957 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:50:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14263234 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:49:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14286065 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

District/off: 0313-2     User: ChrissyW     Page 3 of 4
Date Rcvd: Oct 08, 2020     Form ID: pdf900     Total Noticed: 50

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 09 2020 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14262887 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:48:37 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14275349 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2020 02:19:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14262889 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 09 2020 02:19:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 14295911 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2020 02:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14262891 | | Email/Text: bk@rgsfinancial.com | Oct 09 2020 02:18:00 | RGS Financial, Inc., PO Box 852039, Richardson, TX 75085-2039 |
| 14263852 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 01:48:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M & T Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14332478 | *+ | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14262876 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14262880 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14262881 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14360872 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14262888 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14262863 | ##+ | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 1 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | |

District/off: 0313-2     User: ChrissyW     Page 4 of 4
Date Rcvd: Oct 08, 2020     Form ID: pdf900     Total Noticed: 50

on behalf of Debtor Raheem W Weinberg dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KEVIN G. MCDONALD
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** <br> RAHEEM W WEINBERG | **Chapter 13** |
| Debtor | Bankruptcy No. 19-10434-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 8, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
RAHEEM W WEINBERG

251 CONGRESS AVENUE

LANSDOWNE, PA 19050